**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JUAN PABLO VALDEZ, | ) | Case No. 24-12446-JDL |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Adv. Proc. No. 24-01081-JDL |
| Humberto Trejo Dominguez, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Juan Pablo Valdez, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>COVER SHEET FOR AFFIDAVIT OF SERVICE</u>**

        /s/ Cody D. Kerns
        Cody D. Kerns, OBA #34697
        Teague & Wetsel, PLLC
        1741 West 33rd Street, Suite 120
        Edmond, Oklahoma 73013
        Telephone: 405/ 285-9200
        Telecopier: 405/ 509-2362 (direct)
        e-mail: cwetsel@teaguewetsel.com
        *Attorney for Creditor/Plaintiff,*
        *Humberto Trejo Dominguez*

## United States Bankruptcy Court
## Western District of Oklahoma

| | |
|---|---|
| In re: ) <br> ) <br> Juan Pablo Valdez, ) <br> ) <br> Debtor, ) <br> ) <br> Humberto Trejo Dominiquez, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Juan Pablo Valdez, ) <br> ) <br> Defendant. ) | Case No. 24-12446-JDL <br> Chapter 13 <br><br> Adv. Proc. No. 24-01081-JDL |

### AFFIDAVIT OF SERVICE

I, Gary C. Glocke, duly sworn and under oath, certify that I received a *Alias Summons in an Adversary Proceeding* and a *Complaint to Determine Dischargeability of Debt and Objection to Discharge* on January 16, 2025 and served the same according to law in the following manner:

Person served:      Jeff West

Substitute service by serving Crystal

Location of service:   2525 NW Expressway, Ste 531, Oklahoma City, Oklahoma 73112

Date and time:      Friday, January 31, 2025, at 11:04 a.m. CST

_____
Gary C. Glocke, Private Process Server
PSS-2023-16

Subscribed and sworn to before me on the 2nd day of February, 2025

My commission number: 11010280
My commission expires: 11-11-27

Notary Public