**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JUAN PABLO VALDEZ, | ) | Case No. 24-12446-JDL |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Adv. Proc. No. 24-01081-JDL |
| Humberto Trejo Dominguez, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Juan Pablo Valdez, | ) | |
| | ) | |
| Defendant. | ) | |

**COVER SHEET FOR AFFIDAVIT OF NON-SERVICE**

/s/ Cody D. Kerns
Cody D. Kerns, OBA #34697
Teague & Wetsel, PLLC
1741 West 33rd Street, Suite 120
Edmond, Oklahoma 73013
Telephone: 405/ 285-9200
Telecopier: 405/ 509-2362 (direct)
e-mail: cwetsel@teaguewetsel.com
*Attorney for Creditor/Plaintiff,
Humberto Trejo Dominguez*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: )<br>)<br>Juan Pablo Valdez, )<br>     Debtor, )<br>)<br>Humberto Trejo Dominguez, )<br>)<br>     Plaintiff, )<br>v. )<br>)<br>Juan Palblo Valdez, )<br>     Defendant. ) | Case No. 24-12446-JDL<br>Chapter 13<br><br>Adv. Pro. No. 24-01081 |

### AFFIDAVIT OF DUE DILLIGENCE AND NON-SERVICE

This sworn statement of the Affiant Gary C. Glocke, ("Affiant") is concerning attempted service of process as allowed by Oklahoma law:

1. I, Affiant am over the age of 18 and am a licensed private process server in good standing with the State of Oklahoma.

2. The content of this Affidavit is from my own personal knowledge and account of the events pertinent thereto.

3. On January 16, 2025, I received an *Alias Summons in an Adversary Proceeding* and a *Complaint to Determine Dischargeability of Debt and Objection to Discharge* to be served upon Debtor/Defendant Juan Palbo Valdez, ("J. Valdez").

4. Research indicates a last known verified residential address of record for J. Valdez as being 9808 S. Hilcrest Drive, Oklahoma City, Oklahoma 73159.

5. On January 29, 2025, at 12:10 p.m., I arrived at 9808 S. Hilcrest Drive, Oklahoma City, Oklahoma 73159 in attempt to serve J. Valdez. Upon arrival, I witnessed no vehicles parked in the driveway. After knocking and ringing the doorbell multiple times, there was no answer and there were no signs of life from within.

6. On January 30, 2025, at 1:58 p.m., I arrived at 9808 S. Hilcrest Drive, Oklahoma City, Oklahoma 73159 in attempt to serve J. Valdez. Upon arrival, I witnessed no vehicles parked in the driveway. After knocking and ringing the doorbell multiple times, I observed movement coming from inside, but there was no answer.

7. On January 31, 2025, at 10:35 a.m., I arrived at 9808 S. Hilcrest Drive, Oklahoma City, Oklahoma 73159 in attempt to serve J. Valdez. Upon arrival, I witnessed no vehicles parked in the

driveway. After knocking and ringing the doorbell multiple times, I observed movement coming from inside, but there was no answer.

8. On January 31, 2025, at 10:42 a.m., I arrived at the local U.S. Postal Office to perform a change of address inquiry to determine if J. Valdez has submitted a recent request. My inquiry returned no forwarding address request having been filed by J. Valdez.

9. On January 31, 2025, at 10:45 a.m., I placed a phone call to the last known telephone number for J. Valdez in an attempt to arrange for service of process. After multiple attempts there was no answer.

10. In lieu of the stated facts, I, Affiant Gary Glocke believe Defendant Juan Pablo Valdez is purposefully evading service of process.

11. The above statements are indicated as I recall and recorded on each attempt as required by Oklahoma law.

Gary C. Glocke, Private Process Server
PSS-2023-16

Subscribed and sworn to before me on the 2nd day of February, 2025.

Notary Public

My commission number: 11010280
My commission expires: 11-11-2027

2